UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA,
                Plaintiff

    -against-

                                            Criminal Docket No. 19-cr-00087(SJF)

MICHAEL WUSTROW,
                Defendant
-------------------------------------------------------X

      The undersigned firm of LaRusso, Conway & Bartling hereby submits this Notice of Appearance in connection with the above-captioned case.

**LARUSSO, CONWAY & BARTLING, LLP**
ATTORNEYS AT LAW
300 OLD COUNTRY ROAD, SUITE 341
MINEOLA, NEW YORK 11501
Telephone No. (516) 248-3520
Fax No. (516) 248-3522

Dated: February 27, 2019

Robert P. LaRusso
LaRusso, Conway & Bartling
300 Old Country Road, Suite 341
Mineola, New York 11501
516-248-3520 Telephone
516-248-3522 Facsimile
rlarusso@larussoandconway.com
jconway@larussoandconway.com