# LaRusso, Conway & Bartling, LLC

300 Old Country Road, Suite 341
Mineola, New York  11501
516-248-3520 telephone
516-248-3522 facsimile

January 16, 2020

**Electronically Filed**

The Honorable Sandra J. Feuerstein
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11787

> Re:   United States v. Michael Wustrow
>         Criminal Docket No. 19 CR 087 (SJF)

Dear Judge Feuerstein:

This letter is respectfully submitted on behalf of my client Michael Wustrow ("Wustrow"). I am respectfully requesting an adjournment of Mr. Wustrow's sentencing which is currently scheduled for January 30, 2020.  Additional time is requested because the Pre-Sentence Report was received this afternoon and time is needed to review the PSR, and submit any corrections or additions deemed necessary.  I am requesting that my client's sentence be postponed from January 30, 2020 until March 11, 2020 at 11:15 am, a date and time suggested by your Courtroom Deputy and subject to the Court approval.  I have been in contact with Assistant United States Attorney Oren Gleich who has consented to our request.

Thank you very much for your consideration of this application.

Respectfully submitted,

*/s/ Joseph R. Conway*
Joseph R. Conway