UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

                                              Criminal Docket No. 19-CR-00087

MICHAEL WUSTROW
        Defendant,

------------------------------------------------------X

      The undersigned firm of THE BARTLING LAW FIRM hereby submits this Notice of Appearance in connection with the above-captioned case.

**NANCY L. BARTLING, ESQ.**
THE BARTLING LAW FIRM, PC
ATTORNEYS AT LAW
300 OLD COUNTRY ROAD, SUITE 341
MINEOLA, NEW YORK 11501
Telephone No. (516) 248-3520
Fax No. (516) 248-3522
Email: nancy@bartlingesq.com

Dated: December 21, 2020

                                                                */s/ Nancy L. Bartling*
                                                                 Nancy L. Bartling, Esq.
                                                                 The Bartling Law Firm
                                                                 300 Old Country Road, Suite 341
                                                                 Mineola, New York 11501
                                                                 516-248-3520 Telephone
                                                                 516-248-3522 Facsimile