

U.S. Department of Justice

United States Attorney
Eastern District of New York

OG
F. #2018R01935

271 Cadman Plaza East
Brooklyn, New York 11201

January 8, 2021

By ECF

The Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

      Re: United States v. Michael Wustrow
           Criminal Docket No. 19-00087 (SJF)

Dear Judge Feuerstein:

      The government and the defense respectfully request an adjournment of the sentencing currently scheduled for February 8, 2021. The government respectfully seeks an adjournment date of May 20, 2021 at 11:00 a.m. The defendant joins the government's request for the requested adjourn date.

      Thank you for your consideration of this request.

      Respectfully submitted,

      SETH D. DUCHARME
      Acting United States Attorney

By:    /s/ Oren Gleich
      Oren Gleich
      Assistant U.S. Attorney
      (631) 715-7889