**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

OG
F. #2018R01935

*610 Federal Plaza*
*Central Islip, New York 11722*

April 22, 2021

By ECF

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

Re: United States v. Michael Wustrow
Criminal Docket No. 19-00087 (DRH)

Dear Judge Hurley:

The government and the defense respectfully request an adjournment of the sentencing currently scheduled for May 10, 2021. The government respectfully seeks an adjournment date of June 17, 2021 at 11:30 a.m. The defendant joins the government's request for the requested adjourn date.

Thank you for your consideration of this request.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By: /s/ Oren Gleich
Oren Gleich
Assistant U.S. Attorney
(631) 715-7889